**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 2:21-cv-14310-AMC**

|  |  |
|---|---|
| WAYNE LALLOO, *on behalf of himself and others similarly situated*, | : |
|  | : |
|  | : |
| Plaintiff, | : |
|  | : |
| v. | : |
|  | : |
| COOLING & WINTER, LLC, | : |
|  | : |
| Defendant. | : |
|  | : |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties in this action hereby stipulate and agree that Wayne Lalloo's individual claim be dismissed with prejudice, and the putative class members' claims without prejudice, with each party bearing its own attorneys' fees and costs.

1

Dated: April 7, 2022                    Respectfully submitted,


*/s/ Michael L. Greenwald*
Michael L. Greenwald
Florida Bar No. 761761
Aaron D. Radbil
Florida Bar No. 047117
GREENWALD DAVIDSON RADBIL PLLC
7601 N. Federal Hwy., Suite A-230
Boca Raton, FL 33487
Tel: (561) 826-5477
mgreenwald@gdrlawfirm.com
aradbil@gdrlawfirm.com

Matthew Bavaro
Florida Bar No. 175821
Matisyahu Abarbanel
Florida Bar No. 130435
Loan Lawyers
3201 Griffin Road, Suite 100
Ft. Lauderdale, FL 33312
Tel: (954) 523-4357
Matthew@Fight13.com
Matis@Fight13.com

*Counsel for Plaintiff*

*/s/ John H. Bedard, Jr.*
John H. Bedard, Jr. (*pro hac vice*)
Bedard Law Group, P.C.
4855 River Green Parkway, Suite 310
Duluth, GA 30096
Tel: (678) 253-1871 ext. 244
jbedard@bedardlawgroup.com

*Counsel for Defendant*